# Mary B. Grossman
### Chapter 13 Trustee
### United States Bankruptcy Court
### Eastern District Of Wisconsin

Telephone (414) 271-3943
Fax (414) 271-9344
info@chapter13milwaukee.com

740 N. Plankinton Avenue
Suite 400
Milwaukee, Wisconsin 53203

August 18, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE:  DBTR: JOHN GLYNN OLSON
CASE NO: 04-20220-JES

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056919 which replaces check # 1041670 (copy attached) in the above case.
Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.

OFFICE OF CHAPTER 13 TRUSTEE

cc:  file

RECEIVED - MAIL
2009 AUG 19 A 11: 00
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

1041670

4/15/2009

Thirty Six Dollars and 44 Cents                                    36.44

00029351                                    VOID VOID VOID
PETER C. HEMMER, ATTY.
633 W WISCONSIN AVE                          VOID VOID VOID
SUITE 1305
MILWAUKEE,WI  53203-                         VOID VOID VOID

| Case No. | Clm | Debtor Name | Your Account No. | Principal Pmt | Interest Pmt | Total |
|----------|-----|-------------|------------------|---------------|--------------|-------|
| 04-20220-JES | 0200-0 | JOHN GLYNN OLSON | 32907 | 36.44 | | 36.44 |

